NELSON P. COHEN
United States Attorney

ANDREA STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| | ) | LACEY ACT |
| vs. | ) | Vio. of 16 U.S.C.§§ 3372(a)(2)(a); |
| | ) | 3373(d)(1)(B) |
| YONG TAIK CHUNG; and LOTTE | ) | |
| HEALTH INTERNATIONAL, INC., | ) | COUNT 2: |
| | ) | LACEY ACT |
| Defendants. | | Vio. of 16 U.S.C.§§ 3372(a)(1), |
| | | (a)(2)(A); 3373(d)(1)(B) |

I N F O R M A T I O N

The United States Attorney charges that:

COUNT 1

On or about November 19, 2004, within the District of Alaska and elsewhere, the defendants YONG TAIK CHUNG and LOTTE HEALTH INTERNATIONAL, INC., knowingly engaged in conduct involving the sale, offer to sell, and intent to sell wildlife having a market value in excess of $350, to wit: two black bear gall bladders sold from

Alaska to Massachusetts for a total of $3,000, knowing that said wildlife parts had been sold and transported in violation of some law, specifically, Alaska Administrative Code 05 AAC 092.200.

All of which is in violation of Title 16, United States Code, Sections 3372(a)(2)(a), 3373(d)(1)(B).

## COUNT 2

On or about August 4, 2005, within the District of Alaska and elsewhere, the defendants YONG TAIK CHUNG and LOTTE HEALTH INTERNATIONAL, INC., knowingly engaged in conduct involving the sale, offer to sell, and intent to sell wildlife having a market value in excess of $350, to wit: two black bear gall bladders and two seal genitalia sold from Alaska to Massachusetts for a total of $3200, knowing that said wildlife parts had been transported and sold in violation of some law, specifically, Alaska Administrative Code, 05 AAC 092.200 and the Marine Mammal Protection Act, 16 U.S.C. § 1372(a).

All of which is in violation of Title 16, United States Code, Sections 3372(a)(1), (a)(2)(A); 3373(d)(1)(B).

DATED: March 1, 2007				NELSON P. COHEN
						United States Attorney

						s/ Andrea Steward
						ANDREA STEWARD
						ASSISTANT U.S. ATTORNEY