FILED
AUG 0 7 2007
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF ALASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:07-CR-00024-01-RRB |
| Plaintiff, ) | Anchorage, Alaska |
| ) | Tuesday, July 10, 2007 |
| vs. ) | 11:05 a.m. |
| ) | |
| YON TAIK CHUNG, ) | CHANGE OF PLEA/ |
| ) | IMPOSITION OF SENTENCE |
| Defendant. ) | |

PARTIAL TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:   ANDREA STEWARD
                     U.S. Attorney's Office
                     222 West 7th Avenue, #9
                     Anchorage, Alaska 99513
                     (907) 271-5071

For the Defendant:   BRENT COLE
                     Marston & Cole, P.C.
                     745 West 4th Avenue, Suite 502
                     Anchorage, Alaska 99501
                     (907) 277-8001

For Probation:       KAREN BREWER
                     U.S. Probation Office
                     222 West 7th Avenue, #48
                     Anchorage, Alaska 99513
                     (907) 271-5492

Interpreter:         JANET SUH
                     (213) 894-8959

```
 1  APPEARANCES CONTINUED:

 2  Court Recorder:        SUZANNETTE LUCERO
                           U.S. District Court
 3                         222 West 7th Avenue, #4
                           Anchorage, Alaska 99513
 4                         (907) 677-6144/(907) 677-6103

 5  Transcription Service: TAMSCRIPTS
                           P.O. Box 2350
 6                         Land O Lakes, Florida 34639
                           (727) 378-4031
```

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

<u>ANCHORAGE, ALASKA - TUESDAY, JULY 10, 2007</u>

(This Portion Not Requested)

(Audio Server, Log No. 12:06:35)

IMPOSITION OF SENTENCE

THE COURT: Pursuant to the Sentencing Reform Act of 1984 and considering provisions found in 18 U.S.C. §3553, it is the judgment of the Court that the defendant, Yon Taik Chung, is hereby placed on probation for a term of four years.

THE DEFENDANT: Yes.

THE COURT: Now maybe that can be reduced, but it certainly won't be reduced until the fine is paid and until you've satisfied the probation officer that you're -- that you've got the picture. And some people come in and file a motion to reduce probation, you know, 30 minutes after it's been imposed. No way will that happen. I don't even look at it until it's at least half done, and then we look at it carefully. But that's something that's available or possible. It's up to you and the probation officer.

THE DEFENDANT: Yes.

THE COURT: Okay. So while on probation, you shall not commit another federal, state or local crime. You shall not possess a firearm or illegal controlled substance. You shall comply with the standard conditions that are included in judgment issued by the Court. So --

1  THE DEFENDANT: Yes.

2  THE COURT: -- you don't have a substance abuse
3  problem that I can tell in recent years, so I won't -- I won't
4  require that.

5  THE DEFENDANT: Yes.

6  THE COURT: But you shall comply with the follow
7  special conditions. First, you shall cooperate in the
8  collection of a DNA sample from -- from yourself, as directed
9  by the Probation Officer. Second, you have to --

10  THE DEFENDANT: Yes.

11  THE COURT: -- you have to be aware as a result of
12  this conviction, you're going to have to submit to a
13  warrantless search of your person, your residence, your
14  vehicle, your personal effects, your place of employment and
15  other property, by a federal probation or pretrial services
16  officer or other law enforcement officer, if they have
17  reasonable suspicion that you have contraband -- that means if
18  you have anything illegal with you -- or that you violated any
19  conditions of your supervision. And if you tell them they
20  can't search, that in and of itself can be grounds for
21  revocation of probation.

22  Just so you understand, if your probation is revoked
23  and we come back, we start over again, and you're sentenced for
24  the underlying crimes or you could be. Do you understand that?

25  THE DEFENDANT: Yes.

1  THE COURT: Now you're not ever allowed to possess a
2  firearm, a destructive device or other weapon.
3  THE DEFENDANT: Yes.
4  THE COURT: It appears that you have the ability to
5  pay a fine and so the fine imposed is $15,000.
6  THE DEFENDANT: Yes.
7  THE COURT: That has to be paid within the period of
8  your probation. And you can work with the probation officer --
9  THE DEFENDANT: Yes.
10 THE COURT: -- if necessary to develop an installment
11 payment. But it has to be, according to this, not less than 10
12 percent of the defendant's gross monthly income or $25,
13 whichever amount is greater. And then you'll have to -- the
14 sooner you pay it, the better, because there's interest paid.
15 That's not going to be waived. Then you have to pay the
16 special assessment of $200, and that's due today or as soon as
17 possible.
18 THE DEFENDANT: Yes.
19 THE COURT: So you're not going to jail, so I don't
20 have to talk about that. You have a plea agreement that has
21 been imposed, so you probably don't have much of a chance of
22 success if you appeal anything, but let me -- let me read this
23 to you anyhow.
24 You're advised that there is ordinarily a right to
25 appeal a sentence even if one pleads guilty, but you waived

1  your right to appeal. Such a waiver is generally enforceable.
2  If you believe the waiver is unenforceable or inapplicable,
3  then you can -- you can present that issue to the appellate
4  court by taking an appeal. Any appeal must be taken within the
5  10-day time period allowed by Rule 4(b) of the Federal Rules of
6  Appellate Procedure. If you cannot afford to pay for an
7  appeal, you may ask to appeal at public expense by applying for
8  leave to proceed in forma pauperis. If you request it, the
9  Clerk of Court will file a notice of appeal on your behalf.
10             So from the government's perspective, is there
11 anything else that we need to do today?
12             MS. STEWARD: Your Honor, for the record, I would move
13 to dismiss Lotte Health International from the information that
14 was filed.
15             THE COURT: Okay. So ordered. Anything else?
16             MS. STEWARD: No, Your Honor.
17             THE COURT: Does the probation officer have anything
18 else to clear up or to address?
19             THE PROBATION OFFICER: No. Thank you, Your Honor.
20             THE COURT: Mr. Cole, anything?
21             MR. COLE: I assume that all the items that were
22 seized, to the extent they constitute illegally possessed
23 wildlife, that'll be forfeited. To the extent that they're not
24 and that they're my client's belongings, they can be returned.
25             THE COURT: I presume that anything of an illegal

1  nature which is the subject of the plea is forfeited and any
2  personal belongings that are not criminal by nature and are not
3  any longer required for evidentiary purposes will be returned.
4  Is that a safe presumption?
5         MS. STEWARD: That is, Your Honor.
6         THE COURT: Okay.
7         MR. COLE: Yes, sir.
8         THE COURT: So Mr. Chung, you get the last word. Any
9  questions about any of this?
10        THE DEFENDANT: No, Your Honor.
11        THE COURT: All right. Thank you very much.
12        MS. STEWARD: Thank you, Your Honor.
13        THE CLERK: All rise. This matter is now adjourned.
14 This court stands in recess until 1:30.
15     (Proceedings concluded at 12:12 p.m.)

## CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____          7/31/07
Tammie Heinrich, Transcriber                Date

**-#-**
#4 [1] 2:3
#48 [1] 1:21
#9 [1] 1:15

**-$-**
$15,000 [1] 5:5
$200 [1] 5:16
$25 [1] 5:12

**-1-**
10 [3] 1:5 3:1 5:11
10-day [1] 6:5
11:05 [1] 1:5
12:06:35 [1] 3:4
12:12 [1] 7:15
18 [1] 3:7
1984 [1] 3:7
1:30 [1] 7:14

**-2-**
2007 [2] 1:5 3:1
213 [1] 1:23
222 [3] 1:15,21 2:3
2350 [1] 2:5
271-5071 [1] 1:16
271-5492 [1] 1:22
277-8001 [1] 1:19

**-3-**
30 [1] 3:15
34639 [1] 2:6
3553 [1] 3:7
378-4031 [1] 2:6
3:07-CR-00024-01-RRB [1] 1:3

**-4-**
4 [1] 6:5
4th [1] 1:18

**-5-**
502 [1] 1:18

**-6-**
677-6103 [1] 2:4
677-6144/ [1] 2:4

**-7-**
727 [1] 2:6
745 [1] 1:18
7th [3] 1:15,21 2:3

**-8-**
894-8959 [1] 1:23

**-9-**
907 [5] 1:16,19,22 2:4,4
99501 [1] 1:18
99513 [3] 1:15,21 2:3

**-A-**
a.m [1] 1:5
ability [1] 5:4
above [1] 8:4
abuse [1] 4:2
according [1] 5:11
Act [1] 3:6
address [1] 6:18
adjourned [1] 7:13
advised [1] 5:24
afford [1] 6:6
again [1] 4:23
agreement [1] 5:20
Alaska [7] 1:2,4,15,18 1:21 2:3 3:1
allowed [2] 5:1 6:5
AMERICA [1] 1:3
amount [1] 5:13
Anchorage [6] 1:4,15 1:18,21 2:3 3:1
ANDREA [1] 1:14
anyhow [1] 5:23
appeal [8] 5:22,25 6:1,4 6:4,7,7,9
APPEARANCES [2] 1:13 2:1
appellate [2] 6:3,6
applying [1] 6:7
assessment [1] 5:16
assume [1] 6:21
Attorney's [1] 1:14
Audio [1] 3:4
available [1] 3:18
Avenue [4] 1:15,18,21 2:3
aware [1] 4:11

**-B-**
b [1] 6:5
behalf [1] 6:9
BEISTLINE [1] 1:11
belongings [2] 6:24 7:2
better [1] 5:14
Box [1] 2:5
BRENT [1] 1:17
BREWER [1] 1:20

**-C-**
cannot [1] 6:6
carefully [1] 3:18
Case [1] 1:3
certainly [1] 3:12
CERTIFICATION [1] 8:1
certify [1] 8:3
chance [1] 5:21
CHANGE [1] 1:6
Chung [3] 1:6 3:8 7:8
clear [1] 6:18
Clerk [2] 6:9 7:13
client's [1] 6:24
Cole [5] 1:17,17 6:20,21 7:7
collection [1] 4:8
commit [1] 3:22
comply [2] 3:24 4:6
concluded [1] 7:15
conditions [3] 3:24 4:7 4:19
considering [1] 3:7
constitute [1] 6:22
CONTINUED [1] 2:1
contraband [1] 4:17
controlled [1] 3:23
conviction [1] 4:12
cooperate [1] 4:7
correct [1] 8:3
court [26] 1:1 2:2,2 3:6,8 3:11,21,25 4:2,6,11 5:1,4 5:7,10,19 6:4,9,15,17,20 6:25 7:6,8,11,14
crime [1] 3:22
crimes [1] 4:24
criminal [1] 7:2

**-D-**
Date [1] 8:7
defendant [14] 1:7,17 3:8,10,20 4:1,5,10,25 5:3 5:6,9,18 7:10
defendant's [1] 5:12
destructive [1] 5:2
develop [1] 5:10
device [1] 5:2
directed [1] 4:8
dismiss [1] 6:13
District [4] 1:1,2,11 2:2
DNA [1] 4:8
done [1] 3:17
due [1] 5:16

**-E-**
effects [1] 4:14
electronic [2] 2:24 8:4
employment [1] 4:14
enforceable [1] 6:1
enforcement [1] 4:16
entitled [1] 8:5
evidentiary [1] 7:3
expense [1] 6:7
extent [2] 6:22,23

**-F-**
federal [3] 3:22 4:15 6:5
file [2] 3:14 6:9
filed [1] 6:14
fine [3] 3:12 5:5,5
firearm [2] 3:23 5:2
First [1] 4:7
Florida [1] 2:6
follow [1] 4:6
foregoing [1] 8:3
forfeited [2] 6:23 7:1
forma [1] 6:8
found [1] 3:7
four [1] 3:9

**-G-**
generally [1] 6:1
government's [1] 6:10
greater [1] 5:13
gross [1] 5:12
grounds [1] 4:20
guilty [1] 5:25

**-H-**
half [1] 3:17
Health [1] 6:13
Heinrich [1] 8:7
hereby [1] 3:9
Honor [6] 6:12,16,19 7:5 7:10,12
HONORABLE [1] 1:11

**-I-**
illegal [3] 3:23 4:18 6:25
illegally [1] 6:22
imposed [3] 3:16 5:5,21
IMPOSITION [2] 1:7 3:5
inapplicable [1] 6:2
included [1] 3:24
income [1] 5:12
information [1] 6:13
installment [1] 5:10
interest [1] 5:14
International [1] 6:13
Interpreter [1] 1:23
issue [1] 6:3
issued [1] 3:25
items [1] 6:21
itself [1] 4:20

**-J-**
jail [1] 5:19
JANET [1] 1:23
JUDGE [1] 1:11
judgment [2] 3:8,25
July [2] 1:5 3:1

**-K-**
KAREN [1] 1:20

**-L-**
Lakes [1] 2:6
Land [1] 2:6
last [1] 7:8
law [1] 4:16
least [1] 3:17
leave [1] 6:8
less [1] 5:11
local [1] 3:22
Log [1] 3:4
longer [1] 7:3
look [2] 3:16,17
Lotte [1] 6:13
LUCERO [1] 2:2

**-M-**
Marston [1] 1:17
matter [2] 7:13 8:5
may [1] 6:7
means [1] 4:17
minutes [1] 3:15
monthly [1] 5:12
motion [1] 3:15
move [1] 6:12
MS [4] 6:12,16 7:5,12
must [1] 6:4

**-N-**
nature [2] 7:1,2
necessary [1] 5:10
need [1] 6:11
notice [1] 6:9
now [3] 3:11 5:1 7:13

**-O-**
O [1] 2:6
Office [2] 1:14,20
officer [8] 3:13,19 4:9 4:16,16 5:8 6:17,19
one [1] 5:25
ordered [1] 6:15
ordinarily [1] 5:24

**-P-**
P.C [1] 1:17
p.m [1] 7:15
P.O [1] 2:5
paid [3] 3:12 5:7,14
PARTIAL [1] 1:10
pauperis [1] 6:8

pay [4] 5:5,14,15 6:6
payment [1] 5:11
people [1] 3:14
percent [1] 5:12
period [2] 5:7 6:5
person [1] 4:13
personal [2] 4:14 7:2
perspective [1] 6:10
picture [1] 3:14
place [1] 4:14
placed [1] 3:9
Plaintiff [2] 1:4,14
plea [2] 5:20 7:1
PLEA/ [1] 1:6
pleads [1] 5:25
Portion [1] 3:3
possess [2] 3:23 5:1
possessed [1] 6:22
possible [2] 3:18 5:17
present [1] 6:3
presume [1] 6:25
presumption [1] 7:4
pretrial [1] 4:15
probation [15] 1:20,20 3:9,13,15,19,21 4:9,15,21 4:22 5:8,8 6:17,19
problem [1] 4:3
Procedure [1] 6:6
proceed [1] 6:8
proceedings [4] 1:10 2:24 7:15 8:4
produced [1] 2:25
property [1] 4:15
provisions [1] 3:7
public [1] 6:7
purposes [1] 7:3
Pursuant [1] 3:6

-Q-
questions [1] 7:9

-R-
R [1] 1:11
RALPH [1] 1:11
read [1] 5:22
reasonable [1] 4:17
recent [1] 4:3
recess [1] 7:14
record [1] 6:12
recorded [1] 2:24
Recorder [1] 2:2
recording [2] 2:24 8:4
reduce [1] 3:15
reduced [2] 3:11,12
Reform [1] 3:6
request [1] 6:8
Requested [1] 3:3
require [1] 4:4

required [1] 7:3
residence [1] 4:13
result [1] 4:11
returned [2] 6:24 7:3
revocation [1] 4:21
revoked [1] 4:22
right [3] 5:24 6:1 7:11
rise [1] 7:13
Rule [1] 6:5
Rules [1] 6:5

-S-
safe [1] 7:4
sample [1] 4:8
satisfied [1] 3:13
search [2] 4:13,20
Second [1] 4:9
seized [1] 6:22
sentence [3] 1:7 3:5 5:25
sentenced [1] 4:23
Sentencing [1] 3:6
Server [1] 3:4
service [2] 2:5,25
services [1] 4:15
shall [5] 3:21,22,24 4:6,7
soon [1] 5:16
sooner [1] 5:14
sound [2] 2:24 8:4
special [2] 4:7 5:16
standard [1] 3:24
stands [1] 7:14
start [1] 4:23
state [1] 3:22
STATES [3] 1:1,3,11
STEWARD [5] 1:14 6:12,16 7:5,12
subject [1] 7:1
submit [1] 4:12
substance [2] 3:23 4:2
success [1] 5:22
Such [1] 6:1
SUH [1] 1:23
Suite [1] 1:18
supervision [1] 4:19
suspicion [1] 4:17
SUZANNETTE [1] 2:2

-T-
Taik [2] 1:6 3:8
taking [1] 6:4
Tammie [1] 8:7
TAMSCRIPTS [1] 2:5
term [1] 3:9
Thank [3] 6:19 7:11,12
that'll [1] 6:23
today [2] 5:16 6:11

Transcriber [1] 8:7
transcript [3] 1:10 2:24 8:3
transcription [2] 2:5,25
Tuesday [2] 1:5 3:1

-U-
U.S [3] 1:14,20 2:2
U.S.C [1] 3:7
underlying [1] 4:24
understand [2] 4:22,24
unenforceable [1] 6:2
UNITED [3] 1:1,3,11
up [2] 3:19 6:18

-V-
vehicle [1] 4:14
violated [1] 4:18
vs [1] 1:5

-W-
waived [2] 5:15,25
waiver [2] 6:1,2
warrantless [1] 4:13
weapon [1] 5:2
West [4] 1:15,18,21 2:3
whichever [1] 5:13
wildlife [1] 6:23
within [2] 5:7 6:4
word [1] 7:8

-Y-
years [2] 3:9 4:3
Yon [2] 1:6 3:8
yourself [1] 4:8